OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Lunar, Appellant, v. City of Cleveland, Appellee.
[Cite as Lunar v. Cleveland (1994),     Ohio St.3d    .]
Prejudgment interest awarded, when -- R.C. 1343.03(c).
(No. 93-1273 -- Submitted June 29, 1994 -- Decided July 27, 1994.)
Appeal from the Court of Appeals for Cuyahoga County, No. 61968.

Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Andrew P. Krembs, David M. Paris and Joel Levin, for appellant.
Sharon Sobol Jordan, Director of Law, and Malcolm C. Douglas, Assistant Director of Law, for appellee.

The judgment of the court of appeals is reversed on authority of Moskovitz v. Mt. Sinai Med. Ctr. (1994),     Ohio St.3d    ,     N.E.2d    , and the judgment of the trial court is reinstated.
Moyer, C.J., A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.
Wright, J., concurs in judgment only.